IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH, | No. C 10-4888 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ATASCADERO STATE HOSPITAL, et al., | |
| | (Docket No. 2) |
| Defendants. | |

This is a civil rights action filed pro se by a prisoner. On October 28, 2010, the clerk notified plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff the court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. The instructions indicated that in order to complete the IFP forms, plaintiff would have to return a certificate of funds completed by a prison official and a copy of his prisoner trust account statement, in accordance with Section 1915(a)(2). *See* 28 U.S.C. 1915(a)(2). On November 19, 2010, plaintiff filed an IFP application, but the certificate of funds form was not completed and plaintiff did not include a copy of his trust account statement, as he had been instructed to do. Plaintiff includes no explanation for his failure to do so.

1  As plaintiff has neither paid the filing fee nor filed a completed IFP application within
2  the allotted time, this case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The
3  incomplete IFP application (docket number 2) is **DENIED** .

4  The clerk shall close the file.

5  **IT IS SO ORDERED.**

7  Dated: November   30   , 2010.

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

20  G:\PRO-SE\WHA\CR.10\SMITH4888.DFP.wpd

*(Left margin: United States District Court, For the Northern District of California)*